IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COLLIN BRAMLETT<br><br>Plaintiff,<br><br>vs.<br><br>YRC, INC. and EUGENE REPP, JR. A/KA EUGENE REPP A/K/A EUGENE REEP,<br><br>Defendants. | CIVIL ACTION<br>NO.: 1:16-cv-03870-ODE |

**NOTICE OF LEAVE OF ABSENCE**

COMES NOW JOSEPH L. WILSON and respectfully notifies all judges, clerks of court, and all opposing counsel that, pursuant to Georgia Uniform Court Rule 16.1., he will be on leave during the following periods:

**July 13, 2017 through July 16, 2017**

**August 14, 2017 through August 24, 2017**.

Unless opposing counsel files a written objection within ten (10) days with the Clerk of the Court, with a copy to the Court and all counsel of record, or the Court responds denying the leave, such leave will stand granted without any entry of an Order.

Respectfully submitted this 11th day of May, 2017.

**FRIED ROGERS GOLDBERG LLC**

*/s/ Joseph L. Wilson*
MICHAEL L. GOLDBERG
GEORGIA STATE BAR NUMBER 299472
JOSEPH L. WILSON
GEORGIA STATE BAR NUMBER 372083

TWO ALLIANCE CENTER
3560 LENOX ROAD, N.E.
SUITE 1250
ATLANTA, GEORGIA 30326
404-591-1800
404-591-1801 (FAX)
Email: michael@frg.law.com
Email: jwilson@frg-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing LEAVE OF ABSENCE has this day been served upon all counsel of record using the CM/ECF system which will send notification of such filing to the following:

SCOTT H. MOULTON, ESQUIRE
SEAN B. COX, ESQUIRE
HALL BOOTH SMITH, P.C.
191 PEACHTREE STREET, N.E.
SUITE 2900
ATLANTA, GEORGIA 30303

AMBADAS JOSHI, ESQUIRE
PRAKASH D. PATEL, ESQUIRE
JOSHI & PATEL, LLC
4880 COMMERCE DRIVE
SUITE B
BUFORD, GEORGIA 30518

Dated on May 11, 2017.

**FRIED ROGERS GOLDBERG LLC**

*/S/ Joseph L. Wilson*
MICHAEL L. GOLDBERG
GEORGIA STATE BAR NUMBER 299472
JOSEPH L. WILSON
GEORGIA STATE BAR NUMBER 372083